**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Bruce<br>First name<br><br>A<br>Middle name<br><br>Buzil<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1989 | |

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 1

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):
☐ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

1062 Bluff Road
Glencoe, IL 60022
Number, Street, City, State & ZIP Code

Cook
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   *Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

   ■ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

8. **How you will pay the fee**

   ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

   ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ■ No.
   ☐ Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ■ No
    ☐ Yes.

    | Debtor | | Relationship to you | |
    |---|---|---|---|
    | District | When | Case number, if known | |
    | Debtor | | Relationship to you | |
    | District | When | Case number, if known | |

11. **Do you rent your residence?**

    ■ No.   Go to line 12.
    ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?   _____

Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 15. **Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  Bruce A Buzil    Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Bruce A Buzil*
Bruce A Buzil
Signature of Debtor 1

Signature of Debtor 2

Executed on  April 12, 2017
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_/s/ Steven B. Chaiken_
Signature of Attorney for Debtor

Date   April 12, 2017
       MM / DD / YYYY

Steven B. Chaiken, Esq. ARDC
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone   312-435-1050         Email address   sbc@ag-ltd.com

#6272045
Bar number & State

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Bruce A Buzil**, Debtor(s)

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **65**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: April 12, 2017

_/s/ Bruce A Buzil_
Bruce A Buzil
Signature of Debtor

Buzil, Bruce -


3 Point Media - Arizona, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


3 Point Media - Brigham, LLC
c/o LEXISNEXIS Document Solutions, Inc.
801 Adlai Stevenson Dr.
Springfield, IL 62703


3 Point Media - Kansas, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


3 Point Media - San Francisco, LLC
c/o LEXISNEXIS Document Solutions, Inc.
801 Adlai Stevenson Dr.
Springfield, IL 62703


3 Point Media-Salt Lake City, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


A John Mahon
Yavapai Broadcasting Corporation
1770 Villa Dr #1
Cottonwood, AZ 86326


ACB Consulting, Inc.
c/o Chris Devine
679 Hill Road
Winnetka, IL 60093


Americom Radio Brokers
Attn: Tom Gammon
3100 McPherson Road
Suite 500
Roswell, GA 30075


Arthur Clamage
c/o Pro Ten Realty
300 S. Wacker Drive
Suite 1850
Chicago, IL 60606

Buzil, Bruce -


AT&T
P.O. Box 5014
Carol Stream, IL 60197


Bank of America
203 N. LaSalle St.
Chicago, IL 60601


Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170


Bank of America
P.O. Box 941000
Simi Valley, CA 93094-1000


Barclay Damon LLP
300 S. State St
Syracuse, NY 13202


Barclay Damon, LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202


Bennett, Carmichael & Kennedy
Attn: Robert Kennedy
8121 E. Indian Bend Rd.
Suite 128
Scottsdale, AZ 85250


C&C Consulting, Inc.
Attn: Edward Lipson
2001 Morningside Drive
Emporia, KS 66801


C&C Consulting, Inc.
3146 Hickorey Lane
Vassar, KS 66543


Christopher Devine
679 Hill Road
Winnetka, IL 60093

Buzil, Bruce -


Citadel Broadcasting Company
7201 W. Lake Mead Blvd.
Suite 400
Las Vegas, NV 89128


Clyde DeWitt, Esq.
6525 West Warm Springs Road
Suite 100
Las Vegas, NV 89118-4679


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Cook County Dep't of Revenue
118 North Clark Street
Chicago, IL 60602


DB Zwirn Special Opportunities Fund L.P.
745 5th Ave
18th Floor
New York, NY 10151


Debevoise & Plimpton LLP
Attn: Jeremy Feigelson
919 Third Avenue
New York, NY 10022


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Desert Sky Media, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Devine Racing Management, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Buzil, Bruce -


Devine Racing of Chicago, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Devine Racing of Los Angeles, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Devine Racing of Nevada, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Devine Racing of Salt Lake City, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Devine-Buzil Broadcasting, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Edward A. Lipton
420 Aspen St.
Emporia, KS 66801


Excelsior Capital, LLC
43 Cedar Lane
Sands Point, NY 11050


Fifth Third Bank
1701 W. Golf Rd
Rolling Meadows IL 60008


Fortress Credit Opportunities LP
Attn: Mari Subburathinam
1345 Avenue of Americas
46th Floor
New York, NY 10105


Fortress Value Recovery Fund I LLC
1345 Avenue of the Americas
New York, NY 10151

Buzil, Bruce -

Golan & Christie LLP
Attn: Caren A. Lederer
70 W. Madison St.
Suite 1500
Chicago, IL 60602

Gregory Wennes
17701 Nine Oaks Drive
Spring Grove, MN 55974

HBK Services, LLC
300 Crescent Capital Management
Suite 700
Dallas, TX 75201

Heartland Bank & Trust Company
321 West Golf Road
Schaumburg, IL 60195

Illinois Dep't. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Judd Burnstein, P.C.
Attn: Yocheved Cohen
1790 Broadway
New York, NY 10019

Lake Shore Media, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Las Vegas Expo, Inc.
4075 E. Post Rd
Las Vegas, NV 89120

Buzil, Bruce -

Lazer, Aptheker, Rosella & Yedid, P.C.
ATTN: Ralph A. Rosella, ESQ.
225 Old Country Road
Melville, NY 11747

Markoff Law LLC
29 N. Wacker Drive
Suite 550
Chicago, IL 60606

McMurray Communications, Inc.
Attn: Bud McMurray
1245 Aguajito Road
Monterey, CA 93940

Media Focus, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

Monroe Investments, Inc.
Attn: Ted Koenig
311 S. Wacker Dr.
Suite 6400
Chicago, IL 60606

New Bedford Trust
attn: Chris Devine
679 Hill Road
Winnetka, IL 60093

North Shore Gas
P.O. Box 19083
Green Bay, WI 54307

Northland Revocable Trust
c/o Chris Devine
679 Hill Road
Winnetka, IL 60093

PCRL Investments L.P.
300 Crescent CT
Suite 700
Dallas, TX 75201

Buzil, Bruce -


Pedersen & Houpt
Attn: Arthur Holtzman
161 N. Clark, Suite 3100
Chicago, IL 60601


Schulte Roth & Zabel LLP
Attn: Lawrence S. Goldberg
919 Third Ave.
New York, NY 10022


Sky Media, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Special Events Management
Attn: Hank Zemola
2221 W. 43rd St.
Chicago, IL 60690


Superior Broadcasting of Nevada, LLC
c/o LEXISNEXIS Document Solutions
801 Adlai Stevenson Drive
Springfield, IL 62703


TBF Financial, LLC
740 Waukegan Road, Suite 404
Deerfield, IL 60015


U.S. Environmental Protection Agency
Richard L. Nagle Bankruptcy Contact
US EPA Region 5
Mail Code: C-141J
Chicago, IL 60604


Wackenburg Associates, LLC
c/o C T Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Yavapai Broadcasting Corporation
Grant Hafley
P.O. Box 3820
Cottonwood, AZ 86325